**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-80711-CIV-SMITH/HUNT**

PNC BANK, N.A.,

     Plaintiff,

vs.

FLORAL EMPORIUM, INC.,

     Defendant.

                                              /

## ORDER AFFIRMING AND ADOPTING REPORTS AND RECOMMENDATIONS

This matter is before the Court upon Magistrate Judge Reinhart's Report and Recommendation on Motion for Attorney Fees [DE 22], recommending Plaintiff's Verified Motion for Attorneys' Fees, Expenses, and Costs [DE 20] be denied without prejudice for failure to comply with Local Rule 7.3.  Also before the Court is Magistrate Judge Reinhart's Report and Recommendation on Amended Motion for Attorney Fees [DE 25], recommending that Plaintiff's Amended Motion for Attorneys' Fees, Expenses, and Costs [DE 23] be granted in part and that Plaintiff be awarded $4,576.75 in attorneys' fees.  No objections have been filed.  Accordingly, having reviewed the Reports and Recommendations, the motions, the record, and given that no objections have been filed, it is

     **ORDERED** that:

     1)     Magistrate Judge Reinhart's Report and Recommendation on Motion for Attorney Fees [DE 22] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

     2)     Plaintiff's Verified Motion for Attorneys' Fees, Expenses, and Costs [DE 20] is **DENIED without prejudice.**

3)      Magistrate Judge Reinhart's Report and Recommendation on Amended Motion for Attorney Fees [DE 25] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

4)      Plaintiff's Amended Motion for Attorneys' Fees, Expenses, and Costs [DE 23] is **GRANTED in part and DENIED in part.**

5)      Plaintiff is awarded $4,576.75 in attorneys' fees.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of July, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:      All Counsel of Record

2